FILED
NOVEMBER 16, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | | |
|---|---|---|
| BLUESTAR ENERGY SERVICES, INC., | ) | **07 C 6528** |
| Plaintiff, | ) | |
| v. | ) No. | **JUDGE ZAGEL** |
| | ) | **MAGISTRATE JUDGE DENLOW** |
| BLUE STAR ENERGY, INC., | ) | |
| Defendant. | ) | |

### BLUESTAR ENERGY SERVICE'S DISCLOSURE STATEMENT

Plaintiff, BlueStar Energy Services, Inc., by its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby states:

1. Plaintiff is an Illinois corporation.

2. There is no publicly held corporation that owns 10% or more of Plaintiff's stock.

Respectfully submitted,

BLUESTAR ENERGY SERVICES, INC.

By: _s/ Alan W. Nicgorski_
One of its attorneys

Alan W. Nicgorski (No. 6243574)
Scott E. Rogers (No. 6237984)
Matthew Boyd Steffens (No. 6279855)
SCANDAGLIA & RYAN
55 E. Monroe St., Suite 3930
Chicago IL 60603
(312) 580-2035 (phone)
(312) 782-3806 (fax)