**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | | |
|---|---|---|
| BLUESTAR ENERGY SERVICES, INC., | ) | **07 C 6528** |
| Plaintiff, | ) | |
| v. | ) No. | **JUDGE ZAGEL** |
| | ) | **MAGISTRATE JUDGE DENLOW** |
| BLUE STAR ENERGY, INC., | ) | |
| Defendant. | ) | |

### LOCAL RULE 3.4 NOTICE OF CLAIM INVOLVING TRADEMARK

Plaintiff, BlueStar Energy Services, Inc., by and through its undersigned counsel, hereby submits its Local Rule 3.4 Notice of Claim Involving Trademark. This Notice is being filed contemporaneously with the filing of its Complaint in the above-captioned action. The service mark applications at issue in the above-captioned action are: BLUESTAR ENERGY SERVICES (standard) (Application Serial No. 77155999) and BLUESTAR ENERGY SERVICES (stylized) (Application Serial No. 77158772). The parties to this action are Plaintiff, BlueStar Energy Services, Inc. (363 W. Erie Street, Suite 700, Chicago, Illinois 60610) and Defendant Blue Star Energy Inc. (5525 Erindale Dr., Suite 201, Colorado Springs, Colorado 80918).

                                              Respectfully submitted,

Alan W. Nicgorski (No. 6243574)       BLUESTAR ENERGY SERVICES, INC.
Scott E. Rogers (No. 6237984)
Matthew Boyd Steffens (No. 6279855)     By: __s/ Alan W. Nicgorski_____
SCANDAGLIA & RYAN                          One of its attorneys
55 E. Monroe St., Suite 3930
Chicago IL 60603
(312) 580-2035 (phone)
(312) 782-3806 (fax)