### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| BLUESTAR ENERGY SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 07-C-6528 |
| BLUE STAR ENERGY, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

**TO:**
Jessica Browne
DUFFORD & BROWN, P.C.
1700 Broadway
Suite 2100
Denver, CO 80290-2101

**PLEASE TAKE NOTICE THAT** on December 17, 2007, the undersigned caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, a **Stipulated Order of Dismissal** a copy of which is attached and hereby served upon you.

Date: December 17, 2007

                                                  Respectfully submitted,

                                                  BLUESTAR ENERGY SERVICES, INC.

                                                  By:   s/ Matthew Boyd Steffens
                                                        One of Its Attorneys

Alan W. Nicgorski (No. 6243574)
Scott E. Rogers (No. 6237984)
Matthew Boyd Steffens (No. 6279855)
SCANDAGLIA & RYAN
55 East Monroe Street; Suite 3930
Chicago, Illinois 60603
(312) 580-2020 (phone)
(312) 782-3806 (facsimile)

2

## CERTIFICATE OF SERVICE

      The undersigned hereby affirms and states that he served the above **Notice of Filing** by causing copies of the same to be sent *via* the Court's Electronic Case Filing System and U.S. Mail to the parties listed below on December 17, 2007.


Jessica Browne
DUFFORD & BROWN, P.C.
1700 Broadway
Suite 2100
Denver, CO  80290-2101


      s/ Matthew Boyd Steffens

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| BLUESTAR ENERGY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUE STAR ENERGY, INC., <br><br> Defendant. | Case No. 07-C-6528 |

## STIPULATED ORDER OF DISMISSAL

The parties having executed a Settlement Agreement and having resolved all matters in dispute between them, IT IS HEREBY ORDERED:

1. Plaintiff's Complaint is dismissed with prejudice.

ENTERED:

Dated: December ___, 2007                    Honorable Judge James B. Zagel


Alan W. Nicgorski (No. 6243574)
Scott E. Rogers (No. 6237984)
Matthew Boyd Steffens (No. 6279855)
SCANDAGLIA & RYAN
55 E. Monroe St., Suite 3930
Chicago IL  60603
(312) 580-2035 (phone)
(312) 782-3806 (facsimile)

Respectfully Submitted,

BLUESTAR ENERGY SERVICES, INC.

By: _s/ Matthew Boyd Steffens_____
One of its attorneys

1