**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

BlueStar Energy Services, Inc.
                                   Plaintiff,

v.                                                           Case No.: 1:07−cv−06528
                                                           Honorable James B. Zagel

BlueStar Energy, Inc.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge James B. Zagel : Pursuant to stipulation, case is dismissed with prejudice and without costs nunc pro tunc 12/18/2007.Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.